UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NATIONAL AIR DUCT CLEANERS
ASSOCIATION,

       Plaintiff,                              Case No. 1:10-cv-798

v.                                              HON. JANET T. NEFF

GRAND RAPIDS AIR DUCT
CLEANING, LLC et al.,

       Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed May 1, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 66) is APPROVED and ADOPTED as the opinion of the Court.

       **IT IS FURTHER ORDERED** Plaintiff's Motion for Entry of Default Judgment (Dkt 57) is GRANTED for the reasons stated in the Report and Recommendation.

       A Default Judgment consistent with this Order shall issue.

Dated:  May 21, 2012                                    /s/Janet T. Neff
                                                                       JANET T. NEFF
                                                                        UNITED STATES DISTRICT JUDGE